KATHY L. ARMLIN, an Infant, by FLOYD ARMLIN, Her Parent, et al., Respondents, v. BOARD OF EDUCATION OF MIDDLEBURGH CENTRAL SCHOOL DISTRICT et al., Appellants.—

Herlihy, P. J., Greenblott, Cooke and Simons, JJ., concur; Reynolds, J., dissents and votes to reverse and dismiss the complaint in the following memorandum: I vote to reverse the verdict of the jury and dismiss the complaint. In my opinion there is no evidence of any negligence on the part of the Board of Education and the evidence does not support a finding that Nancy G. Mahoney, the teacher, was negligent in the performance of her duties.